LOVELAND PADDOCK, Respondent, v. FRANK S. PADDOCK, Appellant.— Appeal dismissed unless appellant shall file and serve printed briefs by October first and is ready for argument October eleventh, in accordance with stipulation filed.

In the Matter of- the Appraisal of the Estate of ALLEN C. BEACH, Deceased.— Order entered upon stipulation, substituting State Tax Commission in the place and stead of the State Comptroller.

In the Matter of the Appraisal of the Estate of A. TRAVIS WELLS, Deceased.— Order entered upon stipulation, substituting the State Tax Commission in the place and stead of the State Comptroller.

In the Matter of the Appraisal of the Estate of EDMUND LYON, Deceased. — Order entered upon stipulation, substituting the State Tax Commission in the place and stead of the State Comptroller.

In the Matter of ROBERT W. FARRINGTON, an Attorney and Counselor at Law. (Proceeding No. 2.) — The issues raised by the petition and the answer thereto are referred to Hon. William M. Ross, official referee, to take the proofs thereon and return the same to this court, together with his opinion thereon.

---

## FIRST DEPARTMENT, OCTOBER, 1921.

In the Matter of HARRY N. STEINFELD, an Attorney.— Supplemental petition containing additional charges referred to Hon. John W. Goff, official referee. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

THE SKINNER IRRIGATION COMPANY, a Corporation Organized and Existing under the Laws of the State of Ohio, Appellant, v. CHARLES H. ALLENDER, Respondent.— Order affirmed, without costs, and reference to hear and determine issues ordered. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SEYMOUR A. STRAUSS and Others v. SIDNEY HILLMAN, Individually, etc., and Others.— Motion to dismiss appeal granted, without costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SEYMOUR A. STRAUSS and Others v. SIDNEY HILLMAN, Individually, etc., and Others.— Motion to dismiss appeal granted, without costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MARTIN KENNY, Plaintiff, v. INTERBOROUGH RAPID TRANSIT Co., Defendant. MARTIN KENNY and THOMAS J. O'NEILL, Appellants; FRANK L. TYSON, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MARTIN KENNY, Plaintiff, v. INTERBOROUGH RAPID TRANSIT Co., Defendant. MARTIN KENNY and THOMAS J. O'NEILL, Appellants; FRANK L, TYSON, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.